IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

Case No. 13-

in re David Stebbins ) on Petition for Writ of Mandamus
)
)

## EMERGENCY MOTION FOR PREIMINARY INJUNCTION

1. Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Emergency Motion for Preliminary Injunction.

2. Specifically, Petitioner asks this Court to order the Respondent to stay enforcement of the Order Granting Defendant's Motion to Compel, until the Petition for Writ of Mandamus is ruled on.

3. Petitioner has filed a Petition for Writ of Mandamus, simultaneously with this motion. This Petition seeks immediate reversal of the District Court's order for Petitioner to provide each and every single solitary medical record for every single medical experience he has ever had, even those which have no relevance to the case at hand.

4. The District Court has only given Petitioner half a month to comply with the order. If the preliminary relief requested in Paragraph #2 of this motion is not granted, then by the time the Petition for Writ of Mandamus is ruled on, the deadline for the forced compliance which the Petition is attempting to prevent will have already occurred, negating the purpose for filing the Petition in the first place.

5. Wherefore, premises considered, Petitioner respectfully requests that this motion for preliminary injunction be granted, costs incurred be awarded, and other relief to which Petitioner

**RECEIVED**
**JUL 3 1 2013**
**U.S. COURT OF APPEALS**
**EIGHTH CIRCUIT**

be entitled. So requested this 31ᵅ day fo July, 2013.

*[signature: David Stebbins]*

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com